IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LIONEL L. EDWARDS**                                                                                       **PLAINTIFF**

v.                                            **3:08CV00036-WRW**

**AMERICAN RAILCAR INDUSTRIES, INC.**                                           **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 6th day of January, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE